Philip Kent Cohen, Esq. (SBN 159551)
Michelle Mabugat, Esq. (SBN 280292)
PHILIP KENT COHEN, APC.
100 Wilshire Boulevard, Suite 1300
Santa Monica, California  90401-1142
Telephone:  (310) 451-9111
Facsimile:   (310) 451-9119
pcohen@pcohenlaw.com

Attorneys for Defendant Marlin Moore

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.:  CR 14-00016 MMC |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER RE: BOND MODIFICATION |
| vs. | ) |
| MARLIN MOORE, ET AL., | ) |
| Defendant. | ) |

UPON STIPULATION OF THE PARTIES AND GOOD CAUSE having been shown:

It is hereby Ordered that, subject to the discretion and pre-approval of Pre-Trial Services, and for employment purposes with Performance Contracting, Inc. only, Defendant Moore's curfew is modified such that the Defendant may be permitted to leave his residence prior to 6:00 a.m., as may be authorized by Pre-Trial Services.

All other conditions of pre-trial release currently in place shall remain in full force and effect.

SO ORDERED:

Dated:  September 8 , 2015

_____
UNITED STATES DISTRICT COURT JUDGE