Philip Kent Cohen, Esq. (SBN 159551)
PHILIP KENT COHEN, APC.
100 Wilshire Boulevard, Suite 1300
Santa Monica, California  90401-1142
Telephone:  (310) 451-9111
Facsimile:   (310) 451-9119
pcohen@pcohenlaw.com

Attorneys for Defendant Marlin Moore

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARLIN MOORE, ET AL.,<br><br>                Defendant. | CASE NO.:  CR 14-00016 MMC<br><br>[~~PROPOSED~~] ORDER RE: BOND MODIFICATION RE: TRAVEL |

UPON GOOD CAUSE having been shown in defendant's unopposed motion filed December 1, 2015,

It is hereby Ordered that Defendant Marlin Moore be permitted to travel to and attend the company Christmas party of his fiancée, Lanisha Green, located at Alexander's Steak House, 111 Los Robles Ave., Pasadena, California, on December 5, 2015, from 7:30 p.m. through midnight.

All other conditions of Defendant's current pre-trial release shall remain in full force and effect.

SO ORDERED:

Dated:  December  2 , 2015            _____
                                                          THE HONORABLE MAXINE M. CHESNEY
                                                          UNITED STATES DISTRICT COURT JUDGE