Philip Kent Cohen, Esq. (SBN159551)
Michelle A. Mabugat, Esq. (SBN 280292)
PHILIP KENT COHEN, APC
100 Wilshire Boulevard, Suite 1300
Santa Monica, California 90401-1142
Telephone: (310) 451-9111
Facsimile: (310) 451-9119
pcohen@pcohenlaw.com

Attorneys for Defendant Marlin Moore

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARLIN MOORE, ET AL., <br><br> Defendants. | CASE NO.: CR 14-00016 MMC <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |

It is hereby Stipulated by and between Plaintiff United States of America, through its counsel, AUSA Damali Taylor, and Defendants Marlin Moore, Steven McIntosh, Mark Goldberg and Son Dang, through their respective counsel, that the pre-trial hearing currently set for September 21, 2016, at 2:15 p.m., be continued until November 16, 2016, at 2:15 p.m., or until such date and time thereafter as may be convenient for the Court.

Good cause exists for the instant request based on the fact that in response to the Ninth Circuit's recently published opinion on the interlocutory appeal filed by Defendant McIntosh (Ninth Circuit No. 15-10117) the government sought and obtained an extension of time up to and including September 29, 2016, to determine whether it will seek a rehearing before the Ninth Circuit. Because the Ninth Circuit's grant of a

-1-

rehearing of same, if any is requested, may have a significant impact on a potential resolution of this matter, the parties jointly request that the upcoming Status Conference be continued in order to determine whether the government will seek a rehearing and, if so, whether such a request will be granted.

Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(B)(iv), the parties believe that good cause exists to exclude time under the Speedy Trial Act in that the ends of justice served by such exclusion allowing for continuity of counsel, ongoing discovery production and review, and adequate time for both settlement discussions and for trial preparation in this matter following a ruling on the appeal, outweigh the best interest of the public and the defendants in a speedy trial.

SO STIPULATED this 13th day of September 2016.

By: _____//s//_____
Philip Kent Cohen, Esq.
Attorney for Defendant Marlin Moore

By: _____//s//_____
Marc J. Zilversmit, Esq.
Attorney for Defendant Steve McIntosh

By: _____//s//_____
Randy Sue Pollock, Esq.
Attorney for Defendant Mark Goldberg

By: _____//s//_____
Galia Amram Phillips, Esq.
Attorney for Defendant Son Dang

By: _____//s//_____
AUSA Damali Taylor
Attorney for Plaintiff United States

## [PROPOSED] ORDER

UPON GOOD CAUSE HAVING BEEN SHOWN, the parties' mutual request to continue the Status Conference is hereby GRANTED.

The Status Conference in the above matter is continued from September 21, 2016, to November 16, 2016, at 2:15 p.m.

Dated: September 15, 2016

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE