DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for United States of America

**IT IS SO ORDERED**
Judge Maxine M. Chesney

Dated: July 22, 2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 14-0016 MMC |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL** |
| MARLIN MOORE, STEVE MCINTOSH, MARK GOLDBERG, and SON DANG, | |
| Defendants. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment and information against Defendants Marlin Moore, Steve McIntosh, Mark Goldberg, and Son Dang without prejudice.

DATED: July 22, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ Hallie Hoffman (KJB w/ permission)
HALLIE HOFFMAN
Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 14-0016 MMC

v. 7/10/2018